IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMOND LOEB,

      Plaintiff,                        No. CIV S-04-0547 EJG GGH P

      vs.

A. COLON, et al.,

      Defendants.                ORDER

_____/

        Pending before the court is plaintiff's July 1, 2005, motion for sanctions. Plaintiff alleges that on April 15, 2005, he served defendants with discovery requests to which they failed to respond. On July 20, 2005, defendants filed an opposition to plaintiff's motion. Defendants state that on June 30, 2005, defense counsel received a letter from plaintiff stating that he had propounded discovery requests but had received no responses. A review of the documents logged into defense counsel's office showed a request for production of documents was received from plaintiff on April 16, 2005.

        Defense counsel then tried to locate plaintiff's April 16, 2005, discovery requests, but they could not be found. On July 5, 2005, defense counsel wrote to plaintiff and advised him that the requests had been misplaced, but told him that if he re-served his requests they would be answered in a timely manner even if the discovery deadline had passed. Defense counsel

1

received plaintiff's discovery requests on July 19, 2005.

There is no evidence indicating that defense counsel acted in bad faith or without substantial justification. In addition, plaintiff's discovery requests are in the process of being responded to. Under these circumstances, sanctions are not warranted. However, defendant must act expeditiously in making good faith responses.

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 1, 2005, motion for sanctions is denied.

DATED:   8/8/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
loeb547.san

2