IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMOND LOEB,

      Plaintiff,                    No. CIV S-04-0547 DFL GGH P

   vs.

A. COLON, et al.,

      Defendants.         <u>ORDER</u>

                                /

        Pursuant to the April 6, 2005, scheduling order, defendants' pretrial statement was due on or before December 23, 2005.  Defendants have not filed a pretrial statement.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of the date of this order, defendants shall show cause for their failure to file a pretrial statement; defendants shall also file their pretrial statement within that time.

DATED:  1/9/06

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

ggh:kj
loeb547.osc