IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMOND LOEB,

      Plaintiff,                    No. CIV S-04-0547 DFL GGH P

   vs.

A. COLON, et al.,

      Defendants.               ORDER

_____/

      On January 24, 2006, plaintiff filed a motion for sanctions.  This motion is very similar to the sanctions motion filed by plaintiff July 1, 2005, and denied on August 9, 2005.  For the reasons stated in the August 9, 2005, order plaintiff's motion for sanctions filed January 24, 2006, is denied.

      On January 9, 2006, the court ordered defendants to show cause for their failure to file a timely pretrial statement.  On January 30, 2006, defendants filed a response to the show cause order.  Good cause appearing, the order to show cause is discharged.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's January 24, 2006, motion for sanctions is denied;

/////

/////

1

2.  The January 9, 2006, order to show cause is discharged.

DATED: 2/13/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
loeb547.ord