IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMOND LOEB,

      Plaintiff,                  No. CIV S-04-0547 DFL GGH P

   vs.

A. COLON, et al.,

      Defendants.        <u>ORDER</u>

_____/

      On March 6, 2006, plaintiff filed a request for an extension of time to file objections to the pretrial order filed February 13, 2006.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's March 6, 2006, request for extension of time is granted;

      2. Plaintiff's objections to the February 13, 2006, pretrial order are due within twenty days of the date of this order.

DATED: 3/15/06

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

ggh:kj
loeb547.eot

1