# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

        Plaintiff,           No. CIV S 04-0547 RRB GGH P

  vs.

A. COLON, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
_____/    **AD TESTIFICANDUM**

        Desmon Loeb, inmate # J-02085, a necessary and material witness in proceedings in this case on January 28, 2008, is confined in Pelican Bay State Prison, 5905 Lake Earl Drive PO Box 7000 Crescent City, CA 95531, in the custody of Warden Robert Horel; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to United States Courthouse, 501 I Street, Sacramento, California on January 28, 2008, at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Robert Horel, Warden at Pelican Bay State Prison, 5905 Lake Earl Drive PO Box 7000 Crescent City, CA 95531:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 12/19/07

                                                  /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE
                                                EASTERN DISTRICT OF CALIFORNIA

GGH:bb
loeb0547.841(1a)